IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GREGORY SCOTT DALTON d/b/a											APPELLANT
LOUISVILLE ELECTRONICS, INC.

V.												CIVIL ACTION NO. 1:13-CV-00107-SA

CELLULAR SOUTH, INC.												APPELLEE

## ORDER

Pursuant to a memorandum opinion issued this day, the judgment of the Bankruptcy Court [2] is AFFIRMED. This case is CLOSED.

SO ORDERED on this, the 19th day of March, 2014.

                                             /s/ Sharion Aycock
                                          **UNITED STATES DISTRICT JUDGE**